— Motion granted. Settle orders on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Respondent, v. William Z. Foster and Others, Appellants.— Judgment affirmed. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

The People of the State of New York, Respondent, v. William Z. Foster and Others, Appellants.— Order affirmed. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Lax & Burgheimer Corporation, Appellant, v. Consolidated Rayon Corporation, Defendant, Impleaded with Benjamin Stern and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Lax & Burgheimer Corporation, Appellant, v. Consolidated Rayon Corporation and Others, Defendants, Impleaded with Thoens & Flaunlacher, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Maude A. Ritchie, as Executrix, etc., of John W. Ritchie, Deceased, Respondent, v. Charles Frenkel and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Bankers Trust Company, Executor, etc., of Marion S. Wright, Deceased, Respondent, v. Alfred M. Bedell, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Lina Hoberg, Appellant, v. A. Sofranscy, Doing Business, etc., Respondent. — Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Lina Hoberg, Respondent, v. A. Sofranscy, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

B. F. Goodrich Rubber Company, Respondent, v. Solomon Hershenstein, Doing Business, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

Louisa Poppiti, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ. [131 Misc. 794.]

The People of the State of New York, Respondent, v. Samuel Uretsky, Appellant.— Judgment affirmed. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of Bator Realty Corporation, Respondent, for an Order of Certiorari to Review the Findings of William E. Walsh and Others, Constituting the Board of Standards and Appeals of the City of New York, and Bella Gillman, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

Charles Wegner and Another, Respondents, v. John Seinfeld, Appellant.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.